THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BOND, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>GLOBAL INFLIGHT PRODUCTS,<br><br>    Defendant. | CASE NO. C17-0860-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The stipulated motion to withdraw and substitute counsel for Defendant Global Inflight Products is hereby GRANTED. (Dkt. No. 13.) Robert M. Crowley and Jonah O. Harrison of Impact Law Group PLLC shall be permitted to substitute as counsel for Paul M. Nordsletten of Tahoma Law PLLC.

DATED this 6th day of September 2017.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk