UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BOND, *et al.*, | CASE NO. C17-0860-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| GLOBAL INFLIGHT PRODUCTS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's tardy response (Dkt. No. 26) to Defendant's motion to compel (Dkt. No. 22). Based on Plaintiffs' counsel's declaration (Dkt. No. 27 at 2), the Court will not consider Plaintiffs' tardy response as an admission that Defendant's motion to compel has merit. *See* W.D. Wash. Local Civ. R. 7(b)(2). The Court GRANTS Defendant an extension of time, to Monday February 12, 2018, to file a reply to Plaintiffs' response (Dkt. No. 26.) The Clerk is DIRECTED to renote the motion to compel (Dkt. No. 22) to February 12, 2018.

//

//

//

DATED this 7th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk