UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BOND and MARIE SCHMID,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL INFLIGHT PRODUCTS, INC.,<br><br>Defendant. | CASE NO. C17-0860-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation of stay and notice of settlement (Dkt. No. 33). The parties anticipate resolution of the matter without further Court involvement and seek a stay. (*Id*. at 1.) Accordingly, the Court ORDERS as follows:

1. The trial scheduled for October 1, 2018 (Dkt. No. 19) is STRICKEN.

2. All pre-trial and trial deadlines and dates are stricken and/or vacated.

3. Absent the filing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of a stipulation of dismissal, the parties are DIRECTED to file a joint status report within forty-five (45) days of this Order.

1    DATED this 25th day of June 2018.

2                                                    William M. McCool
                                                     Clerk of Court
3

4                                                    s/Tomas Hernandez
                                                     Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26